IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01748-REB-BNB

KENT STALNAKER, and
DEBBIE STALNAKER, as class representatives on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE ALLSTATE CORPORATION,
ALLSTATE INSURANCE COMPANY,
ALLSTATE TEXAS LLOYD'S,
ALLSTATE TEXAS LLOYD'S, INC.,
ALLSTATE FLORIDIAN INSURANCE COMPANY,
ALLSTATE FLORIDIAN INDEMNITY COMPANY,
ALLSTATE NEW JERSEY INSURANCE COMPANY,
ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,
ENCOMPASS INSURANCE COMPANY OF NEW JERSEY,
ENCOMPASS INDEMNITY COMPANY,
ENCOMPASS INSURANCE COMPANY OF AMERICA,
ENCOMPASS HOME AND AUTO INSURANCE COMPANY,
ENCOMPASS PROPERTY AND CASUALTY COMPANY,
ENCOMPASS INSURANCE COMPANY, and the joint enterprise known as "Allstate" and its John Doe Affiliates Issuing Residential Property Insurance Policies in the United States,

Defendants.
_____

**ORDER**
_____

I am in receipt of a letter mailed directly to me by Steven L. Bloch of the law firm of

Berger & Montague, P.C., one of the lawyers for the plaintiffs. A copy of the letter appears to

have been sent to all counsel of record, including counsel for the defendants. Because I have not

granted any prior authorization for direct contact by the parties, the letter violates D.C.COLO.

LCivR 77.2, which provides:

> In the absence of previous authorization, no attorney or party to any proceeding shall send letters, pleadings, or other papers or copies directly to a judicial officer. Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys. No attorney or party shall contact orally a judicial officer regarding any case by telephone, in person, or through any other means, unless all other parties in the matter, or their attorneys, are present or on the telephone.

IT IS ORDERED that the letter is STRICKEN.

IT IS FURTHER ORDERED that counsel shall comply with the requirements of D.C.COLO.LCivR 77.2 in their communications with the court.

Dated October 9, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2