IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01748-REB-KMT

KENT STALNAKER, and
DEBBIE STALNAKER, as class representatives on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

THE ALLSTATE CORPORATION,
ALLSTATE INSURANCE COMPANY,
ALLSTATE TEXAS LLOYD'S,
ALLSTATE TEXAS LLOYD'S, INC.,
ALLSTATE FLORIDIAN INSURANCE COMPANY,
ALLSTATE FLORIDIAN INDEMNITY COMPANY,
ALLSTATE NEW JERSEY INSURANCE COMPANY,
ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,
ENCOMPASS INSURANCE COMPANY OF NEW JERSEY,
ENCOMPASS INDEMNITY COMPANY,
ENCOMPASS INSURANCE COMPANY OF AMERICA,
ENCOMPASS HOME AND AUTO INSURANCE COMPANY,
ENCOMPASS PROPERTY AND CASUALTY COMPANY,
ENCOMPASS INSURANCE COMPANY, and the joint enterprise known as "Allstate" and its John Doe Affiliates Issuing Residential Property Insurance Policies in the United States,

    Defendants.

# ORDER

This matter is before the court on the "Stipulated Motion to Stay Litigation Pending Disposition of Plaintiff's Motion to Remand and Stipulated Motion to Vacate October 3, 2007 Status Conference" [Doc. No. 51, filed September 27, 2007]. Obviously, the request to vacate the October 3, 2007 status conference is now moot and will be DENIED on that basis.

At the scheduling conference held on June 23, 2008, the parties discussed this pending motion among other schedule related concerns. The court set August 1, 2008 as a "Start Date" and then set a number of deadlines which were all keyed from the August 1, 2008 "Start Date."

Also, it was agreed that prior to the August 1, 2008 "Start Date," the plaintiff would arrange for new service of several items of written discovery which had been previously served on the defendants when the case was in state court. The defendants who had been newly served would have until four weeks after the "Start Date" to respond. Objections based upon the federal limitation on the number of interrogatories available to each party to the litigation were scheduled to be filed before the "Start Date."

Therefore, the "Stipulated Motion to Stay Litigation Pending Disposition of Plaintiff's Motion to Remand" is GRANTED in part and DENIED in part consistent with the Court's Orders at the June 23, 2008 Scheduling Conference.

Dated this 1st day of July, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge